```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kondot, S.A.,

                Plaintiff,

    –v–

Duron LLC,

                Defendant.

20-cv-9881 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Plaintiff's Verified Complaint, motion for issuance of an admiralty warrant, its supporting declaration, Plaintiff's two proposed orders, and the memorandum of law in support of the motion. Dkt. Nos. 1, 4, 5. By no later than November 30, 2020, Plaintiff shall file a supplemental memorandum addressing why it is entitled to proceed *ex parte*. In its supplemental memorandum, Plaintiff shall also provide further support regarding its requests that (1) it be permitted to serve later identified garnishees without first seeking leave of the Court and that (2) any process served on the garnishee(s) be deemed effective and continuous, *see* Dkt. No. 4 ¶¶ 10–11.

      SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge